

```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #: _____
                                        DATE FILED:  5/4/2022
```

May 2, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Abreu v. Tanceuticals, LLC*; Case No. 1:22-cv-01786 (AT)

Dear Judge Torres:

We represent plaintiff Luigi Abreu ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the parties' obligation to indicate whether they are willing to consent to proceed before a Magistrate Judge and to submit a Case Management Plan and Scheduling Order. *See* Docket Nos. 6, 7. Plaintiff has been in contact with Defendant. We respectfully request an adjournment of 30 days to allow time for Defendant to appear. Additionally, we request that the court disregard Plaintiff's request for default judgement.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)

GRANTED. By **June 1, 2022**, Defendant shall appear and the parties shall file a joint letter and proposed case management plan. The Clerk of Court is directed to strike the Clerk's Certificate of Default at ECF No. 11.

SO ORDERED.

Dated: May 4, 2022
       New York, New York

ANALISA TORRES
United States District Judge