UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

TANCEUTICALS, LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/3/2022_

22 Civ. 1786 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated June 1, 2022. ECF No. 16. Further, the deadline to answer the complaint was April 7, 2022. ECF No. 8. Although counsel for Defendant has appeared and made a filing in this case, no answer has been filed. ECF Nos. 14–15. Accordingly, by **June 15, 2022**, Defendant shall answer or otherwise respond to the complaint. Failure to do so may result in default.

    SO ORDERED.

Dated: June 3, 2022
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge